UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 10-80149-CR

           Plaintiff
vs.

Jack Martin /

## SENTENCING MINUTES

DATE: 1/6/12   Court Reporter: Stephen Franklin
AUSA: Paul Schwartz   Defense Counsel: Valentin Rodriguez
      Deputy Clerk: Irene Ferrante

## JUDGMENT AND SENTENCE

Imprisonment __9__ MONTHS as to COUNTS __One__

Probation _____ YEARS as to COUNTS _____

Supervised Release __One__ YEARS as to Counts _____

___ Association restriction  ___ Employment Requirement  ✓ Permissible Search  ___ Deportation
___ Mental Health Treatment  ___ Substance abuse treatment  ✓ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

forfeiture ordered consistent w/ plea agreement

Assessment $100.00   Fine ⌀   Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before 2:00pm on 6/29/12
Recommendation to the Bureau of Prisons FPC-Pensacola

Time in court: :25